UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **JEWELL WILLIE** | : | **DOCKET NO. 1:22-cv-03291** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **STATE FARM FIRE & CASUALTY CO., ET AL.** | : | **MAGISTRATE JUDGE KAY** |

**ORDER**

Before the Court is an appeal of the magistrate judge decision regarding a motion for release of funds. See Record Document 27. In Magistrate Judge Kathleen Kay's order, she concluded that the relief sought would be improper without making the law firm, McClenny, Moseley and Associates ("MMA"), a party to the request. See Record Document 26.

A magistrate judge's non-dispositive pretrial order is reviewable under the clearly erroneous and contrary to law standard. See 28 U.S.C. § 636(b)(1)(A); see also Fed. R. Civ. P. 72(a). Following a review of the record, Magistrate Judge Kay's order is neither clearly erroneous nor contrary to law. This Court agrees with Magistrate Judge Kay that it is necessary for MMA to be a party to the requested relief. Accordingly,

**IT IS ORDERED** that the plaintiff's appeal is **DENIED,** and that Magistrate Judge Kay's order is **AFFIRMED**. Should the plaintiff continue to seek a declaration that MMA is entitled to no proceeds from settlement with the defendant, the plaintiff should file another motion and make MMA a respondent to the request on or before **Wednesday, November 1, 2023**. If this occurs, the matter would be **REFERRED** to Magistrate Judge Kay for purposes of a hearing (if necessary)

and preparation of a Report and Recommendation to the District Court in accordance with the provisions of 28 U.S.C. § 636.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 23rd day of October, 2023.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE